STATE v. HOLSCLAW

No. 60 PC.

Case below: 42 N.C. App. 696.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 November 1979.

STATE v. LOCKLEAR

No. 95 PC.

Case below: 41 N.C. App. 292.

Application by defendant for further review denied 20 November 1979.

STATE v. SAWYER

No. 10 PC.

Case below: 42 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1979.

STATE v. SCHOOL

No. 44 PC.

No. 125 (Fall Term).

Case below: 42 N.C. App. 665.

Motion of plaintiff to reconsider allowance of petition for discretionary review under G.S. 7A-31 (298 N.C. 303) denied 8 October 1979. Motion of plaintiff to dismiss appeal denied 8 October 1979.

STATE v. SETZER

No. 13 PC.

Case below: 42 N.C. App. 98.

Application by defendant for further review denied 6 November 1979.